# Jeffrey A. Lester
**Chapter 7 Trustee**
# 374 Main Street
# Hackensack, NJ  07601
201-487-5544
FAX 201-487-4026

March 15, 2017

BY ELECTRONIC FILING ONLY
Hon. John K. Sherwood
United State Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

      Re:  Yaphet Veale
      <u>Case No. 17-13823 JKS</u>

Dear Judge Sherwood:

  As Chapter 7 Trustee in the referenced case I object to the application to extend the time to file the missing schedules.

  The petition was filed on February 28, 2017.  On the same date the Clerk notified Debtor's counsel of the requirement that missing schedules be filed by March 14, 2017.  On March 2, 2017 I corresponded with counsel with the specific documents I required in order to administer the case.

  Now, on March 14, 2017, the date by which missing schedules were due, counsel files a short application to extend the time to files same, and asks for 20 days to submit them.

  At no point has counsel indicated an emergent reason which necessitated the Petition being filed without the schedules.  There is no indication as to why the filing of the Petition could not have been withheld until all information was in counsel's possession and proper schedules filed.  There is absolutely no reason whatsoever given for the failure to comply with the Notice of Missing Documents and submit the Schedules by March 14.

  The §341(a) Meeting is scheduled for March 30, 2017.  There is no reason why this should be delayed.  If there is to me any extension of time for the submission of the missing Schedules it should not be beyond March 24, 2017.  If they are not filed by that date, the Petition should be dismissed.

           Respectfully yours,

           */s/Jeffrey A. Lester*
           Jeffrey A. Lester, Trustee

JAL:j
cc. Matthew Mugno, Esq. (By Electronic Filing)