**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | |
|---|---|---|
| Yaphet Nhuru Veale | Case No.: | 17-13823 |
| | Hearing Date: | 04/11/2017 |
| | Chapter: | 7 |
| | Judge: | John K. Sherwood |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable __John K. Sherwood__, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Extension of Time to File Schedules filed by Trustee

**Location of Hearing:** Courtroom No. 3D
US Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

**Date and Time:** 04/11/2017 at 10:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 03/15/2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Edith Valentin
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on __03/15__, 20 __17__ this notice was served on the following: Debtor, Counsel for Debtor, Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Edith Valentin
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-13823-JKS
Yaphet Nhuru Veale                                                              Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin              Page 1 of 1              Date Rcvd: Mar 15, 2017
                       Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.
db              Yaphet Nhuru Veale,    41 Richelieu Ter,    Newark, NJ 07106-1632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2017 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Jeffrey Lester     on behalf of Trustee Jeffrey  Lester jlester@bllaw.com, NJ19@ecfcbis.com
      Jeffrey  Lester    jlester@bllaw.com, NJ19@ecfcbis.com
      John Robert Caffese    on behalf of Debtor Yaphet Nhuru Veale ecf@jrcfirm.com, kevin@jrcfirm.com
      Matthew  Mugno    on behalf of Debtor Yaphet Nhuru Veale matt@jrcfirm.com
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6