UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Yaphet Veale

Case No.: 17-13823 JKS
Chapter: 7
Judge: John K. Sherwood

## NOTICE OF PROPOSED ABANDONMENT

__Jeffrey A. Lester__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the Bankruptcy Court
50 Walnut Street, 3rd Floor
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __May 2, 2017__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 41 Richelieu Terr., Newark, NJ  Value about $200,000

Liens on property:
M&T Bank                    Balance about $240,000
Specialized Loan Services   Balance about $12,900

Amount of equity claimed as exempt: Maximum allowed by statute

Objections must be served on, and requests for additional information directed to:

Name: Jeffrey A. Lester, Trustee
Address: 374 Main Street, Hackensack, NJ 07601
Telephone No.: 201-487-5544

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-13823-JKS
Yaphet Nhuru Veale                                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 1              Date Rcvd: Mar 31, 2017
                              Form ID: pdf905            Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
db              Yaphet Nhuru Veale,    41 Richelieu Ter,    Newark, NJ 07106-1632
516671275       Specialized Loan Servicing/Sls,    Attn: Bankruptcy,    PO Box 636005,
                 Littleton, CO 80163-6005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 31 2017 23:44:23      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 31 2017 23:44:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516671271       E-mail/Text: camanagement@mtb.com Mar 31 2017 23:44:07     M&T Bank,    PO Box 62182,
                 Baltimore, MD 21264-2182
516671272       E-mail/Text: bankruptcy@onlineis.com Mar 31 2017 23:44:56     Online Collections,   PO Box 1489,
                 Winterville, NC 28590-1489
516671273       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 31 2017 23:49:19
                 Portfolio Recovery,    PO Box 41067,   Norfolk, VA 23541-1067
516671274       E-mail/Text: bankruptcy@savit.com Mar 31 2017 23:45:32     Savit Coll,   PO Box 250,
                 East Brunswick, NJ 08816-0250
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jeffrey Lester     jlester@bllaw.com, NJ19@ecfcbis.com
              Jeffrey Lester     on behalf of Trustee Jeffrey  Lester jlester@bllaw.com, NJ19@ecfcbis.com
              John Robert Caffese    on behalf of Debtor Yaphet Nhuru Veale ecf@jrcfirm.com, kevin@jrcfirm.com
              Matthew Mugno    on behalf of Debtor Yaphet Nhuru Veale matt@jrcfirm.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6