Form finmgtc

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.:  17−13823−JKS
                        Chapter:  7
                        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Yaphet Nhuru Veale
   41 Richelieu Ter
   Newark, NJ 07106−1632

Social Security No.:
   xxx−xx−5435

Employer's Tax I.D. No.:

**NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT**

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

      Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: May 15, 2017
JAN: admi

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Yaphet Nhuru Veale  
    Debtor

Case No. 17-13823-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 15, 2017  
                  Form ID: finmgtc    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2017.  
db        Yaphet Nhuru Veale,    41 Richelieu Ter,    Newark, NJ   07106-1632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg       E-mail/Text: usanj.njbankr@usdoj.gov May 15 2017 22:12:40     U.S. Attorney,   970 Broad St.,    Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534  
smg       +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2017 22:12:39     United States Trustee,    Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,    Newark, NJ   07102-5235
                                                   TOTAL: 2

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                                                         Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2017 at the address(es) listed below:  
          Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Jeffrey Lester    on behalf of Trustee Jeffrey  Lester jlester@bllaw.com, NJ19@ecfcbis.com  
          Jeffrey Lester    jlester@bllaw.com, NJ19@ecfcbis.com  
          John Robert Caffese    on behalf of Debtor Yaphet Nhuru Veale ecf@jrcfirm.com,  kevin@jrcfirm.com  
          Matthew  Mugno    on behalf of Debtor Yaphet Nhuru Veale matt@jrcfirm.com  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 6